UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DELAFE,

          **Plaintiff,**

-vs-                                        Case No. 6:06-cv-1059-Orl-28KRS

MIAMI DADE COUNTY, FLORIDA,

          **Defendant.**

## ORDER

This case is before the Court regarding the Order To Show Cause (Doc. No. 4) filed July 19, 2006 as to why this matter should proceed in this Court. Plaintiff failed to respond to the Order To Show Cause. The United States Magistrate Judge has submitted a report recommending that the complaint be dismissed without prejudice to refiling in the United States District Court for the Southern District of Florida.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 14, 2006 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The complaint is **DISMISSED** without prejudice to refiling it in the United States District Court for the Southern District of Florida.

3. All pending motions are **DENIED** as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of September, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party